## JOSEPH PEABODY *v.* CITY OF SHELTON
### (AC 16501)

Foti, Schaller and Hennessy, Js.

Argued April 29—officially released May 27, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

## CITY OF HARTFORD *v.* STANLEY V. TUCKER
### (AC 13558)

Foti, Schaller and Hennessy, Js.

Argued April 29—officially released May 27, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* SAMUEL GIZZIE
### (AC 15811)

Heiman, Spear and Stoughton, Js.

Argued April 29—officially released May 27, 1997

Per Curiam. The judgment is affirmed.